NO. 07-07-0340-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

JANUARY 2, 2008
_____

IN THE MATTER OF P.Z.

_____

FROM THE 364th DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2007-762,308; HONORABLE MELISSA JO McNAMARA, PRESIDING
_____

***ORDER DISMISSING APPEAL***
_____

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellant, by and through his attorney, has filed a motion to dismiss. Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(1)(2) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

                              Brian Quinn
                              Chief Justice